```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  KATHARINE SCHONBACHLER
    California Bar No. 222875
 7  Assistant United States Attorneys
         Federal Courthouse, 14th Floor
 8       312 North Spring Street
         Los Angeles, California 90012
 9       Telephone: (213)894-6528/3172
         Facsimile: (213)894-7177
10       E-Mail:   Greg.Parham@usdoj.gov
                   Katie.Schonbachler@usdoj.gov
11
    Attorneys for Plaintiff
12  United States of America
```

13
14                    UNITED STATES DISTRICT COURT
15              FOR THE CENTRAL DISTRICT OF CALIFORNIA
16                           WESTERN DIVISION

| | | |
|---|---|---|
| 17 | UNITED STATES OF AMERICA,       ) | NO. CV 09-1731 PSG (JWJx) |
| 18 | Plaintiff,                      ) | **STIPULATION RE COMPUTER SERVERS, EQUIPMENT AND RECORDS STORED IN SWITZERLAND** |
| 19 | v.                              ) | |
| 20 | $1,802,651.56 IN FUNDS SEIZED   ) FROM E-BULLION, ET AL.,        ) | |
| 21 | Defendants.                     ) | |
| 22 | JAMES FAYED, et al.,            ) | |
| 23 | Claimants.                      ) | |

25      Plaintiff United States of America ("plaintiff" or the
26 "government") and claimants Goldfinger Coin & Bullion, Inc., e-
27 Bullion, Inc., Goldfinger Bullion Reserve Corp., James Fayed, and
28 the Estate of Pamela Fayed (collectively "claimants") hereby

Exhibit W3

1 agree and stipulate to the following:
2     1.   Claimants agree and consent that any and all computer
3 servers, equipment and records within Equinix or its affiliates'
4 custody or control which in any way pertain to James Fayed,
5 E-Bullion, Inc., Goldfinger Coin & Bullion, Inc. and/or
6 Goldfinger Bullion Reserve Corporation be released by Equinix or
7 its affiliates to a representative of the United States of
8 America upon the receipt of the Authorization or a copy thereof
9 which is attached to this Stipulation as Exhibit A.
10     2.   It is further agreed that representatives of the United
11 States of America may transport or ship the computer servers,
12 equipment and records retrieved from Equinix or its affiliates to
13 the United States of America and further consent to the United
14 States of America searching these computer servers, equipment and
15 records and retrieving any and all data that may be stored on
16 them. The United States of American agrees to pay for any
17 shipping expenses related to shipping/transporting the computer
18 servers, equipment and records to the United States of America.
19 Claimants agree to provide the United States of America with any
20 and all information, including passwords, needed to access any
21 and all data that may be stored on the computer servers,
22 equipment or records.
23     3.   Claimants agree and consent to the United States of
24 America maintaining custody of the computer servers, equipment
25 and records which are retrieved from Equinix or its affiliates'
26 custody or control during the duration of this litigation
27 provided they are given reasonable access to such computer
28 servers, equipment and records.

4. The United States of America agrees to provide claimants with copies of the servers and any and all data which may be retrieved from the servers, upon request. Claimants agrees to pay for any expenses relating to their requests to the United States of America for copies of the servers, data and/or records.

IT IS SO STIPULATED.

Dated: August 24, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
STEVEN R. WELK
P. GREG PARHAM
KATHARINE SCHONBACHLER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

BROWN WHITE AND NEWHOUSE, LLP

Dated: August 24, 2011

_____
GEORGE B. NEWHOUSE, JR.
KATHERINE C. McBROOM

Attorneys for Claimants
GOLDFINGER COIN & BULLION, INC.,
E-BULLION, INC., GOLDFINGER BULLION
RESERVE CORP., JAMES FAYED, AND THE
ESTATE OF PAMELA FAYED

[NOT TO BE FILED WITH THE COURT]

# EXHIBIT A

<u>AUTHORIZATION TO RELEASE</u>
<u>COMPUTER SERVERS, EQUIPMENT AND RECORDS</u>

TO WHOM IT MAY CONCERN AT:

Equinix (Switzerland) AG,
ZH2, Hardstrasse 235
CH-8005 Zurich, Switzerland

    I, James Fayed, individually and on behalf of E-Bullion, Inc., Goldfinger Coin & Bullion, Inc. and Goldfinger Bullion Reserve Corporation hereby agree and consent that any and all computer servers, equipment and records within Equinix or its affiliates' custody or control which in any way pertain to me or E-Bullion, Inc., Goldfinger Coin & Bullion, Inc. and Goldfinger Bullion Reserve Corporation, be released or shipped by you to a representative of the United States of America upon the receipt of this authorization or a copy thereof. I further authorize the United States of America to transport or ship the computer servers, equipment and records to the United States of America and I consent to them being examined and searched by the United States of America with the understanding that my counsel will also be provided access to such data and records. To the best of my ability, I agree to provide the United States of America with any and all information including passwords needed to access any and all data that may be stored on the computer servers. I further authorize the United States of America to maintain custody of the computer servers, equipment and records during the duration of the matter entitled <u>United States v. $1,802,651.56 in Funds Seized from E-Bullion, et al.</u>;CV 09-1731 PSG (JWJx) with the understanding that my counsel will also be provided access to such data and records.

24 AUG, 2011
Date

JAMES FAYED

Approved as to form and content:

August 24, 2011
Date

BROWN WHITE AND NEWHOUSE, LLP

GEORGE B. NEWHOUSE, JR.
KATHERINE C. McBROOM

Attorneys for JAMES FAYED,
GOLDFINGER COIN & BULLION, INC.,
E-BULLION, INC., GOLDFINGER BULLION
RESERVE CORP., AND THE ESTATE OF
PAMELA FAYED