ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorneys
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-6528/3172
    Facsimile: (213)894-7177
    E-Mail:   Steven.Welk@usdoj.gov
             Greg.Parham@usdoj.gov
             Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $1,802,651.56 IN FUNDS SEIZED ) <br> FROM E-BULLION, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> GOLDFINGER COIN & BULLION, ) <br> INC.; GOLDFINGER BULLION ) <br> RESERVE CORP., ) <br> ) <br> Claimants. ) <br> _____ ) | NO. CV 09-1731 PSG (JWJx) <br><br> **DECLARATION OF FBI SPECIAL AGENT MAURA KELLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; EXHIBITS** <br><br> DATE:  July 23, 2012 <br> TIME:  1:30 pm <br> CTRM:  Roybal 880 |

///

///

I, Maura Kelley, declare:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") assigned to the Los Angeles FBI Field Division, Ventura Resident Agency, and have been so employed since 1984. During the course of my employment as a FBI SA, I have conducted numerous investigations of white collar crimes including bank fraud, wire fraud, and money laundering. I have also investigated "Ponzi" schemes, in which early victims are paid off with newer victims; contributions, and various so-called "prime bank" or "high yield" investment scams ("HYIPs"), where unrealistically high rates of returns are promised but not provided. I have participated in the execution of numerous search and seizure warrants in connection with FBI investigations into the above-reference federal offenses. I am the FBI case agent for the investigation from which this action arose. Unless stated otherwise, I have personal knowledge of the following facts and, if asked to do so, I could and would testify competently thereto. To the extent that I do not have personal knowledge of any of the facts stated herein, my knowledge was obtained from official government sources, records of the claimants obtained through execution of search warrants, or records obtained from third parties through subpoenas. This declaration is offered in support of the government's motion for summary judgment.

2. I am aware that the parties to this action entered into a stipulation on or about August 24, 2011 that authorized the government to recover and search computer servers belonging to the Goldfinger entities that were stored in Switzerland. I have been informed by members of the FBI who were personally involved in those recovery efforts that the servers were taken into the FBI's possession in Switzerland during the end of March 2012 and have been transported to the United States. I am further informed that the FBI is currently attempting to determine what data, if any, can be recovered from the servers.

   3. I was present at the Goldfinger offices on Flynn Road in Camarillo for much of the time that search warrants were executed on August 2, 2008. I have personal knowledge of the property that was seized from the Flynn Road offices, including more than 100 boxes of original business records of the Goldfinger entities. I know that the seized records were transported from the Flynn Road offices and taken to secure storage at an FBI facility, where they have remained since their seizure. On March 14, 2012, I, together with AUSAs Steven R. Welk and Katie Schonbachler, went to the storage facility and reviewed the contents of a number of the boxes of original documents seized from the Flynn offices. A staff member from the U.S. Attorney's Office made copies of certain of those documents at the storage facility and under my supervision. The following documents are true and correct copies of original documents seized from the Flynn Road offices of the Goldfinger entities:

   a. exhibit K1 hereto is a true and correct copy of an E-Bullion funding order acknowledgment from customer David Curtis dated November 2, 2007 taken from evidence box 1B138.

   b. exhibit K2 hereto is a true and correct copy of a GCB Daily Funds Report for December 17, 2003, taken from evidence box 1B202.

   c. exhibit K3 hereto is a true and correct copy of a GCB Daily Funds Report for August 3, 2004, taken from evidence box 1B203.

   d. exhibit K4 hereto is a true and correct copy of a GCB Daily Funds Report for March 1, 2006, taken from evidence box 1B220.

   e. exhibit K5 hereto is a true and correct copy of End of Day Deposit Report for February 7, 2008, taken from evidence box 1B249.

f.    exhibit K6 hereto consists of true and correct copies of excerpts of the GCB Day Summary and Detail with Text Report for July 7, 2008, taken from evidence box 1B145.

g.    exhibit K7 hereto is a true and correct copy of GCB's records of withdrawals on June 29, 2005 by E-Bullion customers who gave instructions to withdraw value from their E-Bullion accounts and be issued paper checks for the amount withdrawn, taken from evidence box 1B190.

h.    exhibit K8 hereto is a true and correct copy of GCB's records of withdrawals in April and May of 2007 by E-Bullion customers who gave instructions to withdraw value from their E-Bullion accounts and have the money wire transferred, taken from box 1B197.

i.    exhibit K9 hereto is a true and correct copy of GCB records of withdrawals in November and December of 2007 by E-Bullion customers who gave instructions to withdraw value from their E-Bullion accounts and have the money wire-transferred, taken from evidence box 1B201.

j.    exhibit K10 hereto is a true and correct copy of GCB/E-Bullion records showing incoming wire transfers in April 2008, taken from evidence box 1B137.

k.    exhibit K13 hereto are true and correct copies of E-Bullion original Debit Card Funding Forms for November 4, 2005, taken from evidence box 1B184.

l.    exhibit K14 hereto are true and correct copies of original E-Bullion documents relating to debit cards, showing the appearance of the card, taken from evidence box 1B190.

4. Exhibit K11 is a true and correct copy of a portion of an E-Bullion Account History for Kum Ventures that was attached to the Fayed deposition as exhibit 10.  The Account History was obtained by me from E-Bullion as part of its response to a grand jury subpoena issued in connection with my investigation of the Kum Ventures fraud.

5. Exhibit K12 hereto is a true and correct copy of a separate portion of the E-Bullion Account History for Kum Ventures that was attached to the Fayed deposition as exhibit 11.  The Account History was obtained by me from E-Bullion as part of its response to a grand jury subpoena issued in connection with my investigation of the Kum Ventures fraud.

6. I am aware that Fayed testified at his deposition that the Goldfinger entities maintained "real-time" balances of both the amount of e-currency in circulation and the amount of reserves held by GCB and GBRC.  In my work on this case and review of the evidence, I have not come across any such real-time balance records or found any evidence suggesting that such accountings exist.

7. As part of my investigation of the Kum Ventures fraud scheme, I served a seizure warrant on the Goldfinger entities on or about May 11, 2006 for "All funds currently held at E-Bullion Inc. ('E-Bullion') or its affiliate companies to include Goldfinger Coin and Bullion ('G.F.C.B.'), and Goldfinger Bullion Reserve Corporation ('G.B.R.C'), for the business known as Kum Ventures Inc ('Kum Ventures') also known as Kum Holdings."  In response to that seizure warrant, the

///
///

5

government received a check for $1,802,651.56. Two percent of that number is $36,053.03. A true and correct copy of the Kum Ventures seizure warrant is attached hereto as exhibit K15.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of April 2012 at Ventura, California.

                                         MAURA A. KELLEY
                                         Special Agent
                                         Federal Bureau of Investigation